FILED
03 MAY 20 PM 1:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| AARON LEWIS McELROY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 03-PT-0588-M |
| | ) | |
| DISTRICT COURT JUDGE WAYNE OWENS and ETOWAH COUNTY SHERIFF JAMES HAYES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
MAY 20 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 21, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. A Final Judgment will be entered.

DATED this 20 day of May, 2003.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

